UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| GARY P. SCOTT, | Case No. 11-CV-3714 (NEB/DJF) |
| Plaintiff, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION |
| GOVERNOR MARK DAYTON, ATTORNEY GENERAL LORI SWANSON, CAL LUDEMAN, LUCINDA JESSON, DENNIS BENSON, DANIEL STORKAMP, GREGORY CARLSON, KEVIN MOSER, JANINE HEBERT, TOM LUNDQUIST, ELIZABETH BARBO, MRS. ANGIE EASON, DEBBIE THAO, DR. ANN MARIE LAVALLEY-WOOD, TERRANCE KNEISEL, KELLI MINOR, TIMOTHY GORR, DAVID BORNUS, ERIK SKON, JAMIE JUNGERS, SUE JOHNSON, YVETTE ANDERSON, ANN ZIMMERMAN, AMANDA FUREY, ANDREA KOSLOSKI, SUE LINDA ANDERSON, and JAMES MARTINEZ, *each sued in their individual capacity and in their official capacity as employees of the Department of Human Services*, | |
| Defendants. | |

---

The Court has received the January 3, 2023, Report and Recommendation of United States Magistrate Judge Dulce J. Foster. (ECF No. 16.) No party has objected to

that Report and Recommendation, and the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records, and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1. The Report and Recommendation (ECF No. 16) is ACCEPTED;

2. The following claims are DISMISSED WITHOUT PREJUDICE:

    a. Ground One;

    b. The unlawful-search claims raised in Ground Three;

    c. Ground Four;

    d. Ground Five;

    e. Ground Six;

    f. Ground Seven;

    g. Ground Eight;

    h. Ground Ten;

    i. Ground Twelve;

    j. Ground Thirteen;

    k. Ground Fourteen;

    l. Ground Fifteen;

    m. Ground Sixteen;

    n. Ground Eighteen;

      o.      Ground Nineteen;

      p.      Ground Twenty; and

      q.      Ground Twenty-One.

3.    Defendant Mrs. Angie Eason is DISMISSED WITHOUT PREJUDICE from this litigation.

4.    Each of the remaining Defendants are DISMISSED WITHOUT PREJUDICE in their personal capacities.

Dated: February 7, 2023                BY THE COURT:

                                                    s/Nancy E. Brasel
                                                    Nancy E. Brasel
                                                    United States District Judge